# UNITED STATES DISTRICT COURT

## District of Minnesota

Luis Edison Guaman Loja

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1199 LMP/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Luis Edison G. L.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:
1. The Court **DECLARES** that Luis Edison G. L. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. The Government is ordered to provide Luis Edison G. L. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 20, 2026.
3. The Government is **ENJOINED** from moving Luis Edison G. L. outside of the District of Minnesota prior to the required bond hearing.
4. If the Government does not provide Luis Edison G. L. with a bond redetermination hearing as required by this Order, he must be immediately released from detention without conditions and with the return of all property.
5. No later than February 23, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Luis Edison G. L.'s unconditional release.

KATE M. FOGARTY, CLERK

Date: 2/13/2026 ______________________________